UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD ALLEN BELL,

    Plaintiff,

v.                                      Case No. 3:22cv4701-MCR-HTC

C.O. JACOBSEN, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 16, 2022 (ECF No. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's individual capacity claims against Defendants John Doe 2,

Stokes, Dixon, John Doe 3, John Doe 4, and John Doe 5 are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1) due to Plaintiff's failure to state a claim upon which relief may be granted and Stokes is terminated as a Defendant.

3. Plaintiff's official capacity claims against all Defendants are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1) due to Plaintiff's failure to state a claim upon which relief may be granted.

4. All of Plaintiff's individual capacity claims against Defendants Jacobsen and Neel are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1) due to Plaintiff's failure to state a claim upon which relief may be granted, except for his Eighth Amendment claims against Jacobsen and Neel for their failure to protect Plaintiff from the attack by Mike.

5. This case is referred to the Magistrate Judge for further proceedings on Plaintiff's Eighth Amendment individual capacity claims against Defendants Jacobsen and Neel for their failure to protect Plaintiff from the attack by Mike.

**DONE AND ORDERED** this 4th day of January 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv4701-MCR-HTC