# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RICHARD ALLEN BELL,

    Plaintiff,

v.                                                                 Case No. 3:22cv4701-MCR-HTC

C.O. JACOBSEN, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 13, 2023 (ECF No. 55). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 55) is adopted and incorporated by reference in this Order.

2.    Defendants' motion to dismiss, or, in the alternative, for a more definite statement, ECF No. 49, is DENIED.

3. This case is referred to the assigned Magistrate Judge for further proceedings on Plaintiff's Eighth Amendment individual capacity claims against Defendants Jacobsen and Neel for their failure to protect Plaintiff from the attack by Mike.

**DONE AND ORDERED** this 5th day of April 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**